IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-507-BO

BETH FORD,  )
    Plaintiff,  )
v.  )
  )
  )  **ORDER**
  )
GREG BOYLE,  )
    Defendant.  )
  )

This matter is before the Court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert T. Numbers, II. [DE 3]. For the following reasons, the Court ADOPTS the M&R. Plaintiff's claims are DISMISSED in their entirety.

## BACKGROUND

Plaintiff, a resident of North Carolina, has filed suit against defendant, a resident of California, for copyright infringement. No further information as to the nature of the claim may be gleaned from the complaint. In response to the prompt requiring information on the acts complained of in the suit, the plaintiff simply wrote "Copyright Infringement." [DE 1-1]. Plaintiff seeks $20,000.00 in relief. Magistrate Judge Numbers, in his M&R of October 15, 2015, ordered that plaintiff file a redacted motion to proceed *in forma pauperis* and recommended that plaintiff's claims be dismissed with prejudice as frivolous under 28 U.S.C. § 1915 for failing to state a claim upon which relief may be granted. In response, plaintiff filed a redacted motion to proceed *in forma pauperis* [DE 4] but did not file any objections to the M&R.

## DISCUSSION

The Court adopts the M&R because plaintiff has made no objections to it and because the M&R is not clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(B). A district court is

only required to review an M&R *de novo* if the plaintiff specifically objects to it or in cases of plain error. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). In this instance, plaintiff has not objected and the magistrate has not committed plain error.

Therefore, the Court GRANTS plaintiff's redacted motion to file *in forma pauperis* [DE 4], ADOPTS the Magistrate Judge's recommendations [DE 3], and DISMISSES plaintiff's complaint in its entirety [DE 1-1].

SO ORDERED, this __7__ day of January, 2016.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE